MATTHEW D. CHURCH #15574
TAYLOR P. KORDSIEMON #17257
**MANNING CURTIS BRADSHAW**
**& BEDNAR PLLC**
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
mchurch@mc2b.com; tkordsiemon@mc2b.com
*Attorneys for Tooele County*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SADIE LEAVITT,<br><br>      Plaintiff,<br><br>v.<br><br>CODY RUTLEDGE and TOOELE COUNTY,<br><br>      Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TOOELE COUNTY TO FILE ANSWER**<br><br>Case No. 2:25-cv-00811-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Defendant Tooele County, hereby submits, through counsel, this Stipulated Motion for Extension of Time for Defendant Tooele County to Respond to Plaintiff's Complaint. The parties, through their undersigned counsel of record, have agreed that Defendant Tooele County should have an extension until October 21, 2025 to file Defendant Tooele County's response to the Complaint. Accordingly, the parties, respectfully request that the Court grant this Stipulated Motion and set the deadline for Defendant to file its response on **October 21, 2025**. In accordance with DUCivR 7(e)(1), a proposed order to that effect is filed concurrently herewith.

DATED October 7, 2025.

MANNING CURTIS BRADSHAW
& BEDNAR PLLC

MATTHEW D. CHURCH
TAYLOR P. KORDSIEMON
*Attorneys for Tooele County*

BACZYNSKI LAW PLLC


*/s/ Daniel Baczynski*
\*e-signed with permission
Daniel Baczynski
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on October 7, 2025, a copy of the foregoing was electronically filed with the

Clerk of the Court using the E-Filing system, which sent notification of this filing to the following:

Daniel Baczynski #15530
**BACZYNSKI LAW PLLC**
136 W 12300 S, Ste B
Draper, UT 84020
(708) 715-2234
dan@bskilaw.com
*Attorney for Plaintiff*

            */s/ Stuart Carter*

3