MATTHEW D. CHURCH #15574
TAYLOR P. KORDSIEMON #17257
**MANNING CURTIS BRADSHAW**
**& BEDNAR PLLC**
201 South Main Street, Suite 750
Salt Lake City, Utah 84111
(801) 363-5678
mchurch@mc2b.com; tkordsiemon@mc2b.com
*Attorneys for Tooele County*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SADIE LEAVITT,<br><br>    Plaintiff,<br><br>v.<br><br>CODY RUTLEDGE and TOOELE COUNTY,<br><br>    Defendants. | **(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TOOELE COUNTY TO FILE ANSWER**<br><br>Case No. 2:25-cv-00811-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Based on review of the parties' Stipulated Motion for Extension of Time for Defendant Tooele County to Respond to Plaintiff's Complaint and for good cause therefor, the Stipulated Motion is GRANTED. Defendant Tooele County's Answer is due on October 21, 2025.

DATED this ___ day of October 2025.

_____
Magistrate Judge Cecilia M. Romero